UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. FRANKLIN,<br><br>Petitioner,<br><br>v.<br><br>R. FISHER, JR., Warden,<br><br>Respondent. | No. 2:19-cv-02427 JAM GGH P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. ECF No. 6. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, petitioner's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

Dated: January 24, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE